IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES A. YOUNG,                    :

    Plaintiff                       :

      vs.                         :     Civil Action No. L-00-1876

UNITED STATES,                     :

    Defendant                       :

o0o

**<u>ORDER</u>**

For the reasons stated in the foregoing Memorandum, it is, this 6TH day of
July_____ 2000, hereby **ORDERED** that:

1.    The instant action is **Dismissed** without requiring service of process;

2.    The Clerk is directed to withhold issuance of the summonses;

3.    Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **Denied as moot**;

4.    The Clerk is directed to mail copies of this Order and the foregoing Memorandum
to Plaintiff **and to Lynne Battaglia, United States Attorney for the District of Maryland, 101
West Lombard Street, Room 6625, Baltimore, Maryland, 21201**; and

5.    The Clerk is directed to close this file.

_____
Benson Everett Legg
United States District Judge

MICROFILMED

7 2000