IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES A. YOUNG,                          :

    Plaintiff                        :

      vs.                          :    Civil Action No. L-00-1876

UNITED STATES OF AMERICA,                :

    Defendant                        :

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

JAMES A. YOUNG,                          :

    Plaintiff                        :

      vs.                          :    Civil Action No. L-00-1950

AMERICAN BANKERS INSURANCE               :
GROUP, et al.,
    Defendant                        :

o0o

## ORDER

These two actions, filed on June 21 and 27, 2000, represent the eighth and ninth civil

actions filed in this Court by Plaintiff since 1998. In L-00-1876, Plaintiff paid the filing fee as he

had in his prior actions. He also filed a motion for leave to proceed *in forma pauperis* which was

denied as moot since the fee had been paid. In L-00-1950, Plaintiff filed a motion for leave to

proceed *in forma pauperis* and did not submit the filing fee. The motion was denied because of

his demonstrated ability to pay the fee and monthly household income.

Plaintiff now seeks reconsideration of these decisions and return of the filing fee he paid

in L-00-1876. In his request for reconsideration Plaintiff states he has filed for bankruptcy, and

did not list unspecified obligations of his wife totaling "several thousand dollars a month" because the forms did not ask for this information. This request will be denied.

On his original application, Plaintiff states he (or he and his wife) own a home worth $175,000.00, a car, a pick up truck, and have $500.00 in cash or savings. Of the monthly expenses listed on the original motion, nine are described as monthly credit card payments. Plaintiff has demonstrated he has the ability to pay the filing fees in these cases. While he has significant obligations, they nature of the obligations indicates they were voluntarily incurred. Under these circumstances, the additional information presented by Plaintiff in his request for reconsideration does not warrant reconsideration of the decision to deny *in forma pauperis* status.

Accordingly, it is, this __14th__ day of July 2000, hereby **ORDERED** that:

1.      Plaintiff's request for reconsideration, (L-00-1876, Paper No. 5 and L-00-1950, Paper No. 4), are **Denied**; and

2.      The Clerk is directed to mail a copy of this Order to Plaintiff.

_____
Benson Everett Legg
United States District Judge

2